UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:98-cr-00008-JRS-CMM |
| | ) | |
| LONNIE HERBIE TAYLOR, JR, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Appointment of Counsel Without Prejudice**

Defendant filed a pro se letter that the Court construes as a motion for appointment of counsel for purposes of filing a motion for compassionate release under Section 603 of the First Step Act, which is codified at 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 6. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, the motion, dkt. [6], is **denied without prejudice**.

If Defendant wishes to pursue a motion for compassionate release, Defendant may do so by completing and returning the enclosed form motion. If Defendant files a pro se motion for compassionate release, the Court will evaluate whether to appoint counsel. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/11/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Lonnie Herbie Taylor
Reg. No. 95147-071
USP Lee
U.S. Penitentiary
P.O. Box 305
Jonesville, VA 24263

All Electronically Registered Counsel